# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID G. MANGOLD,** | : CIVIL ACTION |
| *Plaintiff,* | : |
| v. | : No. 19-5912 |
| **PECO ENERGY,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this 23rd day of December, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 27), Plaintiff's Response (Doc. No. 32), and Defendant's Reply (Doc. No. 34), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**